UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

TIMOTHY ROBERT LAUCKS,

          Defendant.

Case No. MJ22-591 SKV

DETENTION ORDER

     Mr. Laucks is charged with possession of a controlled substance with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B); possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i); and unlawful possession of a firearm, 18 U.S.C. § 922(g)(1). The Court held a detention hearing on February 16, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention as stated on the record and hereafter set forth, finds:

     FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     1.     There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

     2.     Mr. Laucks stipulated to detention.

     3.     Mr. Laucks poses a risk of nonappearance due to a history of failure to appear,

DETENTION ORDER - 1

criminal activity and absconding from supervision, pending charges, and an active supervision warrant.

4. Mr. Laucks poses a risk of danger due to the nature of the instant offense, criminal activity while under supervision, and a pattern of similar conduct.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Laucks' appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Laucks as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Laucks shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Laucks shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Laucks is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Laucks, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 16th day of February, 2023.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3