Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____March_____ 20 23

Ravi Subramanian, Clerk

By_____ Deputy

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-028JLR |
| Plaintiff | **INDICTMENT** |
| v. | |
| TIMOTHY ROBERT LAUCKS, | |
| Defendant. | |

The Grand Jury charges that:

### COUNT 1

**(Possession of Controlled Substances with Intent to Distribute)**

On or about November 4, 2022, in King County, within the Western District of Washington, TIMOTHY ROBERT LAUCKS did knowingly and intentionally possess, with the intent to distribute, controlled substances including: methamphetamine and N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide ("fentanyl"), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

Indictment - 1
*United States v. Laucks*
USAO No. 2022R01304

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

## COUNT 2

### (Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about November 4, 2022, in King County, within the Western District of Washington, TIMOTHY ROBERT LAUCKS knowingly possessed firearms, that is:

a Smith and Wesson M&P .40 caliber semi-automatic handgun with a mounted light; and

a Smith and Wesson M&P .40 caliber semi-automatic handgun;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

### (Unlawful Possession of Firearms)

On or about November 4, 2022, in King County, within the Western District of Washington, TIMOTHY ROBERT LAUCKS, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Attempt to Elude*, in Whatcom County Superior Court, under case number 17-1-00459-9, on or about July 20, 2017; and

ii. *Theft in the Second Degree*, in Skagit County Superior Court, under case number 17-1-00440-4, on or about September 14, 2017;

did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is:

Indictment - 2
*United States v. Laucks*
USAO No. 2022R01304

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a Smith and Wesson M&P .40 caliber semi-automatic handgun with a mounted light; and

a Smith and Wesson M&P Shield .40 caliber semi-automatic handgun; that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 – 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, TIMOTHY ROBERT LAUCKS shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to:

a.   a Smith and Wesson M&P .40 caliber semi-automatic handgun with a mounted light, and all associated accessories and ammunition;

b.   a Smith and Wesson M&P Shield .40 caliber semi-automatic handgun, and all associated accessories and ammunition.

Upon conviction of either of the offenses alleged in Counts 2 – 3, TIMOTHY ROBERT LAUCKS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

a.   a Smith and Wesson M&P .40 caliber semi-automatic handgun with a mounted light, and all associated ammunition;

b.   a Smith and Wesson M&P Shield .40 caliber semi-automatic handgun, and all associated ammunition.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

Indictment - 3
*United States v. Laucks*
USAO No. 2022R01304

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or,

e.   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 3/1/2023

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
CECELIA GREGSON
Assistant United States Attorney

Indictment - 4
*United States v. Laucks*
USAO No. 2022R01304

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970