The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY ROBERT LAUCKS,<br><br>Defendant. | NO. CR23-028-JLR<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture for the following property:

- A Smith and Wesson M&P Shield pistol, bearing serial number HUY6543, with Balder light, bearing serial number M3057489, and all associated accessories and ammunition (the "Subject Property").

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. In the Plea Agreement that Defendant Laucks entered on September 26, 2023, he agreed to forfeit his interest in the Subject Property as proceeds of and/or facilitating property for Defendant's Possession of Controlled

Final Order of Forfeiture - 1
*United States v. Laucks,* CR23-028-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. Substances with Intent to Distribute offense, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B), pursuant to 21 U.S.C. § 853; and as firearms and ammunition that were used or involved in Defendant's Possession of Firearms in Furtherance of a Drug Trafficking Crime offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i), pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), to which he entered a plea of guilty (Dkt. No. 28);

2. On November 29, 2023, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting to the United States Defendant Laucks' interest in it (Dkt. No. 34);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 41), and provided direct notice to three identified potential claimants (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibits A, B & C); and,

4. The time for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States;

3. The United States Department of Justice, the Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the property in accordance with the law; and

Final Order of Forfeiture - 2
*United States v. Laucks,* CR23-028-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. The Court will retain jurisdiction for the purpose of enforcing the Final Order of Forfeiture as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e)

IT IS SO ORDERED.

DATED this 24th day of June, 2024.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Laucks,* CR23-028-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970